# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-1777V

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| | \* | |
| TOMMY E. MARTIN, | \* | Filed: January 24, 2022 |
| | \* | |
| Petitioner, | \* | |
| | \* | |
| v. | \* | |
| | \* | |
| SECRETARY OF HEALTH AND | \* | |
| HUMAN SERVICES | \* | |
| | \* | |
| Respondent. | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CONCLUDING PROCEEDINGS

On January 24, 2022, pursuant to Vaccine Rule 21(a), Petitioner filed a notice of voluntary dismissal in the above-captioned case. *See* Notice, dated Jan. 24, 2022 (ECF No. 21).

Respondent has not filed a Rule 4(c) Report in this case, making dismissal appropriate under Rule 21(a)(1)(A). Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

Brian H. Corcoran
Chief Special Master